**FILED**

JUL 14 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KEVIN WILLIAMS

Plaintiff,

vs.

ALAMEDA COUNTY SHERRIF DEPT.    Defendant.

CASE NO. CV-08-3160

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, KEVIN WILLIAMS, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes _✓_ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: AROUND $100.00    Net: $112.00 A MONTH

Employer: THE FACILITY, BUT I NEED LIVING EXPENSES, ATASCADERO STATE HOSPITAL KITCHEN.

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _I STILL FEEL I DON'T WITH PERMISSION_
5  _OF THE COURT A FULL 20% OF MY SMALL_
6  _WAGES, THANK YOU._
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.    Business, Profession or            Yes ___ No ✓
10              self employment
11       b.    Income from stocks, bonds,         Yes ___ No ✓
12              or royalties?
13       c.    Rent payments?                     Yes ___ No ✓
14       d.    Pensions, annuities, or            Yes ___ No ✓
15              life insurance payments?
16       e.    Federal or State welfare payments, Yes ___ No ✓
17              Social Security or other govern-
18              ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _INDEPENDANT KITCHEN WORKER 80 HRS_
22  _POSSIBILITY AT $1.15 A HOUR_
23  3.    Are you married?                         Yes ✓ No ___
24  Spouse's Full Name: _ZENOBIA LASHEENA CHANDLER - WILLIAMS_
25  Spouse's Place of Employment: _WELLS FARGO BANK_
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ _1200.00_        Net $ _800.00_
28  4.    a.    List amount you contribute to your spouse's support:$ _NONE CURRENTLY_

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

     b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

A.L.W, A.S.W, A.K.J.W., A.W

5.    Do you own or are you buying a home?    Yes ___ No ✓

Estimated Market Value: $ ——    Amount of Mortgage: $ ——

6.    Do you own an automobile?    Yes ___ No ___

Make ~~[crossed out]~~ CHEV. Year '94 Model CORSICA

Is it financed? Yes ✓ No ___ If so, Total due: $ MY WIFE KNOWS THAT

Monthly Payment: $ I DON'T KNOW

7.    Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $ $2.68

Do you own any cash? Yes ___ No ✓ Amount: $ ——

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ✓ No ___

Social Security Money leftovers. $300.00

8.    What are your monthly expenses? But cannot get till out.

Rent: $ —0—    Utilities: $25.00

Food: $ $60.00    Clothing: Provided

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| NOPE | $ —— | $ —— |
| NOPE | $ —— | $ —— |
| NOPE | $ —— | $ —— |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_might have a Child Support Problem but I don't recieve no more than $900.00 A month when outta Jail or this situation._

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ✓  No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_Kevin Williams vs. Alameda County case# C-07-4525, filed in Northern District Court, U.S. that is._

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_7/7/08_       _Kevin Williams_

DATE      SIGNATURE OF APPLICANT

Case Number: CV-08-3160

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _KEVIN WILLIAMS_ for the last six months [prisoner name] _ATASCADERO STATE HOSPITAL_ where (s)he is confined. [name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _276.67_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _46.01_ .

Dated: _7/9/08_         _[signature]_
                        [Authorized officer of the institution]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A.   Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

**B.   Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)

ORIGINAL FILED

JUL 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

E-filing 

CV 08   3160   SI

Your petition has been filed as civil case number _____.

✓ A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. ✓ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

   ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ____ You did not sign your In Forma Pauperis Application.

   ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
            Deputy Clerk

rev. 11/07

WILLIAMS


FAXED 7/9/08

Dear Trust Office,

Hello Trust Office this is Williams, Kerri #057632-2 on Unit 2, Bed 10.

I'm writing this note so I can recieve a 6 month account printout and to have in in a private manner, thanks.

Williams, K.
#057632-2

Atascadero State Hospital
PO Box 7001
Atascadero, CA 93423
(805) 468-2000

**A.S.H. TRUST OFFICE**

# Fax

| | | | |
|---|---|---|---|
| **To:** | UNIT 2- STAFF | **From:** | Terri Foley |
| **Fax:** | 3028 | **Fax:** | 2171 |
| **Phone:** | | **Phone:** | |
| **Re:** | Williams, Kevin 057632-2 | **Date:** | July 9, 2008 |

☐ **Urgent**    **for Review**    **Please Comment**    **Please Reply**    ☐ **Please Recycle**

● **Comments:**

Enclosed our copies of Mr. Williams Ledger Activity for the last 6-Months, in which he requested.


Thank you,

Terri Foley

Program Tech II

Atascadero State Hospital/ Trust Office

```
****************************************************************************
* CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS *
*      CODE SECTIONS 5328 & 4514.  INFORMATION SUBJECT TO RELEASE IN     *
*   ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579). *
****************************************************************************
TR150                                                              PAGE   1
09:28:53                                                           07/09/2008


                       ATASCADERO STATE HOSPITAL
                     TRUST ACCOUNT/CASHIERS' SYSTEM
                    LEDGER ACTIVITY 01/01/2008 TO 07/09/2008


PATIENT: 057632-2  WILLIAMS, KEVIN              WARD NO: 02
                                                ADMIT: 01/14/2008
================================================================================
  DATE  | DOCUMENT   | DEPOSIT | WITHDRAW | ENCUM-  | CURRENT  | COMMENTS
         | NO.        |         |          | BRANCE  | BALANCE  |
================================================================================
 1/29/08 | 16 -271551 |   5.59  |          |         |    5.59  | C.M.F.
 1/31/08 | 13 -193170 |         |    5.59  |         |    0.00  | Canteen disb
 2/14/08 | 18 -021408 |   6.91  |          |         |    6.91  | $12.50 RECEIPT
 2/15/08 | 16 -273053 |  14.00  |          |         |   20.91  | R. WILLIAMS
 2/16/08 | 13 -197416 |         |    0.65  |         |   20.26  | Canteen disb
 2/16/08 | 13 -197437 |         |   16.65  |         |    3.61  | Canteen disb
 2/16/08 | 13 -197448 |         |    1.95  |         |    1.66  | Canteen disb
 2/23/08 | 13 -199134 |         |    1.66  |         |    0.00  | Canteen disb
 3/ 6/08 | 16 -273136 |  35.00  |          |         |   35.00  | R.WILLIAMS
 3/ 8/08 | 13 -203067 |         |    1.95  |         |   33.05  | Canteen disb
 3/ 8/08 | 13 -203077 |         |   13.39  |         |   19.66  | Canteen disb
 3/11/08 | 13 -203665 |         |   15.15  |         |    4.51  | Canteen disb
 3/11/08 | 13 -203669 |         |    2.59  |         |    1.92  | Canteen disb
 3/14/08 | 13 -204626 |         |    1.55  |         |    0.37  | Canteen disb
 3/14/08 | 13 -204627 |         |    0.10  |         |    0.27  | Canteen disb
 4/ 5/08 | 13 -210986 |         |    0.19  |         |    0.08  | Canteen disb
 4/16/08 | 16 -273523 |  35.00  |          |         |   35.08  | R.WILLIAMS
 4/16/08 | 13 -213145 |         |    5.05  |         |   30.03  | Canteen disb
 4/16/08 | 13 -213197 |         |   17.97  |         |   12.06  | Canteen disb
 4/16/08 | 13 -213203 |         |    1.75  |         |   10.31  | Canteen disb
 4/16/08 | 13 -213306 |         |    2.87  |         |    7.44  | Canteen disb
 4/18/08 | 13 -213980 |         |    2.44  |         |    5.00  | Canteen disb
 4/18/08 | 13 -214307 |         |    1.84  |         |    3.16  | Canteen disb
 4/19/08 | 13 -214370 |         |    2.25  |         |    0.91  | Canteen disb
 4/26/08 | 13 -216612 |         |    0.84  |         |    0.07  | Canteen disb
 5/15/08 | 17 -275050 |  25.87  |          |         |   25.94  | PROG4 APRIL PAY
 5/16/08 | 13 -220794 |         |    5.25  |         |   20.69  | Canteen disb
 5/16/08 | 13 -220886 |         |    9.52  |         |   11.17  | Canteen disb
 5/17/08 | 13 -221310 |         |    2.00  |         |    9.17  | Canteen disb
 5/21/08 | 13 -221933 |         |    8.79  |         |    0.38  | Canteen disb
 5/23/08 | 16 -275085 |  23.00  |          |         |   23.38  | R.WILLIAMS
 5/23/08 | 13 -222844 |         |   16.71  |         |    6.67  | Canteen disb
 5/27/08 | 13 -223691 |         |    4.55  |         |    2.12  | Canteen disb
 5/30/08 | 13 -224689 |         |    2.10  |         |    0.02  | Canteen disb
 6/ 3/08 | 16 -275128 |  15.00  |          |         |   15.02  | R.WILLIAMS
 6/ 3/08 | 13 -225322 |         |    2.20  |         |   12.82  | Canteen disb
 6/ 5/08 | 13 -226183 |         |    6.33  |         |    6.49  | Canteen disb
 6/ 6/08 | 13 -226515 |         |    2.20  |         |    4.29  | Canteen disb
```

```
****************************************************************************
* CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS *
*      CODE SECTIONS 5328 & 4514.  INFORMATION SUBJECT TO RELEASE IN    *
*   ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579). *
****************************************************************************
TR150                                                          PAGE    2
09:28:53                                                       07/09/2008


                         ATASCADERO STATE HOSPITAL
                        TRUST ACCOUNT/CASHIERS' SYSTEM
                     LEDGER ACTIVITY 01/01/2008 TO 07/09/2008


PATIENT: 057632-2  WILLIAMS, KEVIN                    WARD NO: 02
                                                      ADMIT: 01/14/2008
```

| DATE | DOCUMENT NO. | DEPOSIT | WITHDRAW | ENCUM-BRANCE | CURRENT BALANCE | COMMENTS |
|---|---|---|---|---|---|---|
| 6/ 7/08 | 13 -226893 | | 2.80 | | 1.49 | Canteen disb |
| 6/12/08 | 13 -227862 | | 1.49 | | 0.00 | Canteen disb |
| 6/17/08 | 17 -275197 | 118.30 | | | 118.30 | PROG 4 MAY PAY |
| 6/18/08 | 13 -229441 | | 5.25 | | 113.05 | Canteen disb |
| 6/18/08 | 13 -229509 | | 32.03 | | 81.02 | Canteen disb |
| 6/18/08 | 13 -229513 | | 0.91 | | 80.11 | Canteen disb |
| 6/20/08 | 13 -230070 | | 20.02 | | 60.09 | Canteen disb |
| 6/20/08 | 13 -230074 | | 5.95 | | 54.14 | Canteen disb |
| 6/21/08 | 13 -230699 | | 8.30 | | 45.84 | Canteen disb |
| 6/21/08 | 13 -230900 | | 2.25 | | 43.59 | Canteen disb |
| 6/21/08 | 13 -230902 | | 0.65 | | 42.94 | Canteen disb |
| 6/24/08 | 13 -231212 | | 8.01 | | 34.93 | Canteen disb |
| 6/24/08 | 13 -231227 | | 1.55 | | 33.38 | Canteen disb |
| 6/25/08 | 13 -231712 | | 5.20 | | 28.18 | Canteen disb |
| 6/26/08 | 13 -232091 | | 8.15 | | 20.03 | Canteen disb |
| 6/28/08 | 13 -232393 | | 5.95 | | 14.08 | Canteen disb |
| 6/28/08 | 13 -232664 | | 1.85 | | 12.23 | Canteen disb |
| 6/28/08 | 13 -232684 | | 2.70 | | 9.53 | Canteen disb |
| 7/ 2/08 | 13 -233411 | | 6.85 | | 2.68 | Canteen disb |

```
CURRENT BALANCE  -   OUTSTANDING CHARGES   -   HOLDS  =   AVAILABLE BALANCE
      2.68                   0.00                 0.00                2.68
```

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES