Hello Northern District Court, U.S. District Court,

C08-3160 ST

Hello this is Williams, Kerri #057632-2 in Ward 2, Bed 10 and I'm writing a Conservative letter to explain my situation and the fact that there isn't enough establishment here anymore, just jibb!

I tried to Avenue ask what on that I needed copies, needed printouts etc. and they don't carry the Manpower necessary to keep my standard together even though I file on Behalf, cnot etc.

Thanks
Ms. Williams

Kian Williams #057632-2 Unit 2 Bed 28
Atascadero State Hospital
P.O. Box 7001
Atascadero, Ca. 93423

SANTA BARBARA
CA 931 1 L
21 AUG 2008 PM

Office of Clerk
U.S. District Court
Northern District
450 Golden Gate Avenue
San Francisco, Ca.
94102

94102-3661