C08 3160 SI

Dear District Court
Northern District,

    Hello this is Williams, K. #057632-2, in the State of California, Atascadero. Today I write cause I contacted the Ninth Circuit Court System, and they passed that I deal with District Court an Notice of Appeal and that the deliverance of this Suit against Alameda County, Sheriff Department and all other parties, that this is leading no where in affect that we are really grounded and insufficient to handle this affair of Grievance, which I duly would like to finish in all shapes and width!

    Anyway, here goes my copies from Ninth Circuit Court and the Appeal letter, and with that goodday.

                                     Williams, Kerri
                                       #057632-2

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
P.O. Box 193939
95 Seventh Street
San Francisco, CA. 94119-3939

June 23, 2008

Kevin Lee Williams #057632-2
Atascadero State Hospital Unit 2 Bld 10
P.O. Box 7001
Atascadero, CA 93423

Dear Kevin Lee Williams,

  This court is in receipt of your letter received June 19, 2008. This court has found no pending appeals where you are a party. We are a court of limited jurisdiction which means that we can only review cases which have been first filed and then decided in a U.S. District Court within this circuit. *See* Title 28 of the United States Code Section 1291, 1292. *This office does not furnish specific forms for filing appeals, writs or other pleadings in this court, or any other court.* For examples of forms see the appendix of forms in back of our rules. This court and its employees are prohibited by statute from giving legal advice.
  In order to request relief in this court, you must file a ***notice of appeal*** from an appealable judgement or order of the U.S. District Court.
  In addition, it is important to note that all administrative and state court remedies must be exhausted before petitioning the federal court system.
  Your letter is being returned to you in the event that you wish to pursue your action in the U.S. District Court.

Sincerely,

MOLLY DWYER
Clerk of Court

By:

_____
Robert Sansone
Deputy Clerk

Dear United States Court of Appeals for the Ninth Circuit,

Hello I'm writing cause I had a suit in United States District Court, Northern that is, and it was a very drawn out situation, in which I was in a couple of late dilemnas, but kept in contact with no avail to my plea for a lawsuit on the grounds of Civil Rights Violations.

I know this is kinda patchy but I'll work on that as I bridge to Appeals Court, you guys, and at the same time file my ~~22~~ 28 U.S.C. §§ 2254.

As of now I wish to have you look into this and if can, can you send me 28 U.S.C. §§ 2244(b)? If can, can you send this to Kerri Lee Williams #057632-2 Unit 2 Bed 10
Atascadero State Hospital
P.O. Box 7001
Atascadero, Ca.
93423

Kerri Williams #057682-2 Unit 2 Bed 28
Atascadero State Hospital
P.O. Box 7001
Atascadero, Ca.
93423

Office of the Clerk
U.S. District Court
Northern District
450 Golden Gate Avenue
San Francisco, Ca. 94102

94102-3661