UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN L. WILLIAMS, | No. C 08-3160 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| COUNTY SHERIFF OF ALAMEDA COUNTY, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a civil rights action.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 28, 2008

SUSAN ILLSTON
United States District Judge